IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AVERY MIGUEL PERRY, SR.,** *et al.*, : <br>     **Plaintiffs,** : <br> : <br> v. : <br> : <br> **MICHELE PAOLILLO (ROMERO),** : <br> *et al.*, : <br>     **Defendants.** : | **CIVIL ACTION NO. 22-CV-1872** |

## ORDER

AND NOW, this 21st day of June, 2022, upon consideration of Plaintiff Avery Miguel Perry, Sr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 11), *pro se* Complaint (ECF No. 2), Petition for Emergency Relief from Abuse (ECF No. 3), "Complaint Continued," which was docketed as an "Amended Complaint" (ECF No. 13), and Exhibits (ECF Nos. 15-19) is **ORDERED** that:

    1.    Perry's Motion for Leave to Proceed *In Forma Pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    The Complaint and Amended Complaint are **DEEMED** filed.

    3.    This case is **DISMISSED** as follows:

        a.  Claims raised on behalf of Perry's son are **DISMISSED WITHOUT PREJUDICE** for lack of standing.

        b.  Perry's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim.

        c.  Perry's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. The dismissal of these claims is without prejudice to Perry reasserting any state claims in the proper state court.

4. The Petition for Emergency Relief from Abuse is **DENIED**.

5. The Clerk of Court shall **CLOSE** this case.

                                            **BY THE COURT:**

                                      /s/Joel H. Slomsky, J.
                                      **JOEL H. SLOMSKY, J.**